E-FILED
Wednesday, 08 November, 2017  09:21:18 AM
Clerk, U.S. District Court, ILCD

FILED

NOV - 7 2017

CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

## IN THE UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
## URBANA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 17-20055 |
| | ) | |
| vs. | ) | Title 21, United States Code, |
| | ) | Sections 841(a)(1), (b)(1)(A) & (b)(1)(B) |
| NICHOLAS WRIGHT, | ) | |
| | ) | |
| Defendant. | ) | |

## INDICTMENT

### COUNT 1
### (Distribution of Methamphetamine)

**THE GRAND JURY CHARGES:**

On or about January 6, 2017, in Douglas County, in the Central District of Illinois,

**NICHOLAS WRIGHT,**

defendant herein, knowingly and intentionally distributed 5 grams or more of

methamphetamine (actual), a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1) & (b)(1)(B).

### COUNT 2
### (Distribution of Methamphetamine)

**THE GRAND JURY CHARGES:**

On or about August 30, 2017, in Coles County, in the Central District of Illinois,

NICHOLAS WRIGHT,

defendant herein, knowingly and intentionally distributed 5 grams or more of

methamphetamine (actual), a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1) & (b)(1)(B).

## COUNT 3
### (Possession of Methamphetamine With Intent to Distribute)

**THE GRAND JURY CHARGES:**

On or about October 4, 2017, in Douglas County, in the Central District of

Illinois,

NICHOLAS WRIGHT,

defendant herein, knowingly and intentionally possessed with the intent to distribute

50 grams or more of methamphetamine (actual), a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1) & (b)(1)(A).

A TRUE BILL.

s/Foreperson

FOREPERSON

s/J. Childress

PATRICK D. HANSEN
Acting United States Attorney
BDF

2